IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSEPH LEE BETHUNE     PLAINTIFF

V.     CASE NO. 5:14-CV-5078

SHERIFF KELLY CRADDUCK and
CAPTAIN JEREMY GUYLL     DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 17) filed in this case on November 26, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. The Motion to Dismiss (Doc. 14) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**. The dismissal of this case constitutes a strike under 28 U.S.C. § 1915(g), and therefore, the Clerk of the Court is directed to place a strike on the case.

IT IS SO ORDERED on this 7th day of January, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE